IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER JONES**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:15-CV-00426 BSM**

**CHAMPION, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 21st day of December 2015.

_____
UNITED STATES DISTRICT JUDGE